IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAPOLEON OGBEBPR, | ) Case No. 12-4809 SC |
| | ) |
| | ) ORDER GRANTING MOTION TO |
| Plaintiff, | ) DISMISS |
| | ) |
| v. | ) |
| | ) |
| WELLS FARGO BANK, N.A., NDEX West, LLC, and DOES 1 to 10, inclusive, | ) ) ) |
| | ) |
| Defendants. | ) |

Plaintiff Napoleon Ogbebpr ("Plaintiff") brings this action against Wells Fargo Bank, N.A. ("Wells Fargo") and NDEX West, LLC ("NDEX") in connection with the threatened foreclosure of his home. ECF No. 1 Ex. A. ("Compl."). Now before the Court is Wells Fargo's motion to dismiss the action in its entirety. ECF No. 4 ("Mot.").[1] Although the Motion was filed on September 20, 2012 and set for hearing on December 21, 2012, Plaintiff has yet to oppose it. Accordingly, the Motion is GRANTED and Plaintiff's action is DISMISSED.

IT IS SO ORDERED.

Dated: January 7, 2013

UNITED STATES DISTRICT JUDGE

---

[1] NDEX has joined in the motion. ECF No. 8.